```
1  PATRICK L. FORTE, #80050
   ANNE Y. SHIAU, #273709
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

5  Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | No. 11-40882 RE |
|---|---|
| **MARTIN VEGA, SR.,** | Chapter 13 |
| Debtor. _____/ | **NOTICE OF CHANGE OF DEBTOR'S ADDRESS** |

**PLEASE TAKE NOTICE** that the above named debtor's mailing address has changed as follows:

219 Compass Point Ct.

Hercules, CA 94547

Dated: June 27, 2011

/s/ PATRICK L. FORTE
PATRICK L. FORTE
Attorney for Debtor

Page 1 of 1